# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE PIERCE, et al., | Case No. 1:17-cv-01603-DAD-BAM |
| Plaintiffs, | ORDER STRIKING UNSIGNED COMPLAINT AND MOTION AND REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| PRESIDENT DONALD J. TRUMP, et al., | |
| Defendants. | (ECF Nos. 1 and 2) |
| | ORDER REQUIRING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Geraldine Pierce is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Ms. Pierce filed her complaint on December 4, 2017, and purports to bring claims on behalf of herself and others. (ECF No. 1.) On the same date, Ms. Pierce also filed a motion requesting an opportunity to be heard, to e-file, and for judicial notice. (ECF No. 2.)

///

///

Upon review, the Court notes that neither the complaint nor the accompanying motion is signed by Plaintiff Geraldine Pierce.[1] Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Since Plaintiff's complaint and motion are unsigned, the Court must strike them from the record. Plaintiff Geraldine Pierce will be permitted thirty (30) days to file a signed complaint and motion that comply with Federal Rules of Civil Procedure and the Local Rules.

Additionally, Plaintiff Geraldine Pierce has neither paid the $400.00 filing fee for this action nor submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint and accompanying motion, filed December 4, 2017, are STRICKEN from the record for lack of signature;

2. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis for a non-prisoner;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a signed complaint or a notice of voluntary dismissal and either file a motion seeking leave to proceed in forma pauperis or pay the $400.00 filing fee for this action; and

4. **If Plaintiff fails to comply with this order, the Court will recommend**

---

[1] The complaint was signed by purported co-plaintiff, Seavon Pierce, a state prisoner, and challenges the dismissal of Mr. Pierce's prior action, *Seavon Pierce v. Fernando Gonzales, et al.*, Case No. 1:10-cv-00285-JLT. As neither the requisite filing fee nor an application to proceed in forma pauperis accompanied the complaint, it appears that Mr. Pierce is attempting to avoid the three-strike provisions of 28 U.S.C. § 1915(g) by having Geraldine Pierce file this action.

Mr. Pierce is admonished that pleadings and other papers presented for any improper purpose, such as to harass or cause unnecessary delay, may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 11. Rule 11 provides, "[b]y presenting to the court a pleading, written motion, or other paper . . . an attorney or unrepresented party certifies to the best of the person's knowledge . . . it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation." Fed. R. Civ. P. 11(b)(1). If this rule has been violated, the Court may impose an appropriate sanction on any party that violated the rule. Fed. R. Civ. P. 11(c)(1), (3).

**dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

    Dated:   **December 6, 2017**           /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE